UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

****************************
UNITED STATES OF AMERICA

V.

William S. Smith                                  Docket No. 05-00712-001
******************************

### ORDER TO PRODUCE

**THIS CAUSE** having come to be heard upon the motion of Denise Morales, United States Probation Officer, District of New Jersey, for an order directing **FCI Ft. Dix**, to produce any and all recorded telephone conversations for the last six months from inmate Hasan Johnson, Register No. 58449-066, to William Smith at telephone number 862-668-0807.

It is **HEREBY ORDERED,** pursuant to Title 28, United States Code, Section 1651, that **FCI Ft. Dix** is to produce said recordings by the physical delivery of same to United States Probation Officer, Denise Morales, at 200 Federal Plaza, Room 130, Paterson, NJ 07509-2097, no later than **April 30, 2010.**

**Permanent non-disclosure of this Order to inmate Johnson is necessary as such disclosure could impede the investigation being conducted.**

DATE: 3/5/10

_____
UNITED STATES DISTRICT JUDGE